# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERI FORBREGD GOSSAGE,<br><br>Defendant. | **Case No. CR 18-11-GF-BMM**<br><br>**ORDER:**<br>**18 U.S.C. § 4285** |

Upon the Defendant's unopposed Motion filed pursuant to 18 U.S.C. § 4285, the Court finds that the Defendant, Sheri Forbredg Gossage, is a person released pending further judicial proceedings and is financially unable to obtain the necessary transportation to appear before the Court on her own. The interests of justice would be served by permitting the Defendant noncustodial travel from Fredericksburg, Virginia, to Great Falls, Montana, for the purpose of her Change of Plea Hearing on Thursday, May 3, 2018, at 1:30 p.m., at the Missouri River Courthouse, the Government having no objections and good cause appearing;

IT IS HEREBY ORDERED that the United States Marshal shall arrange for the Defendant's means of noncustodial transportation or furnish the fare for mode of transportation most advantageous to the Government for the purpose of Ms.

1

Gossage's appearance at a Change of Plea Hearing on Thursday, May 3, 2018, at 1:30 p.m., at the Missouri River United States Courthouse, Great Falls, Montana; and

IT IS FURTHER ORDERED that the United States Marshal shall furnish Defendant Sheri F. Gossage with an amount of money for subsistence expenses to her destination, Great Falls, Montana, in an amount not to exceed per diem allowance for travel in accord with 5 U.S.C. § 5702(a).

DATED this 16th day of April, 2018.

Brian Morris
United States District Court Judge