# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SHERI FORBREGD GOSSAGE,<br><br>Defendant. | Case No. CR 18-11-GF-BMM<br><br><br>**ORDER** |

Upon the unopposed Motion for Appearance at Restitution Hearing by Teleconference, the Government having no objection and good cause appearing;

IT IS HEREBY ORDERED that Defendant, Sheri Forbregd Gossage, is hereby allowed to appear via **teleconference** for the scheduled Restitution Hearing in this matter, presently set for Monday, October 29, 2018, at 11:00 a.m. Defense counsel will contact the Clerk of Court for the call-in information.

DATED this 16th day of October, 2018.

_____
Brian Morris
United States District Court Judge

1